FILED by _____ JA ____ D.C.

**Mar 9, 2021**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**21-10004-CR-MARTINEZ/SNOW**

CASE NO. _____

18 U.S.C. § 2252(a)(2) and (b)(1)
18 U.S.C. § 2252(a)(4)(B) and (b)(2)
18 U.S.C. § 2253

UNITED STATES OF AMERICA

vs.

ROBERT MURFEE SHOOK,

Defendant.

_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Receipt of Child Pornography
### (18 U.S.C. § 2252(a)(2) and (b)(1))

On or about October 3, 2020, in Monroe County, in the Southern District of Florida, and elsewhere, the defendant,

**ROBERT MURFEE SHOOK,**

did knowingly receive any visual depiction, using any means and facility of interstate and foreign commerce, and that had been shipped and transported in and affecting interstate and foreign commerce, by any means, including by computer, and the production of such visual depiction involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction was of such conduct, in violation of Title 18, United States Code, Section 2252(a)(2) and (b)(1).

## COUNT 2
## Possession of Child Pornography
## (18 U.S.C. § 2252(a)(4)(B) and (b)(2))

On or about October 22, 2020, in Monroe County, in the Southern District of Florida, the defendant,

## ROBERT MURFEE SHOOK,

did knowingly possess any matter, which contained any visual depiction that had been shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, and which was produced using materials which had been so shipped and transported, by any means, including by computer, and the production of such visual depiction having involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction was of such conduct, in violation of Title 18, United States Code, Section 2252(a)(4)(B) and (b)(2).

Pursuant to Title 18, United States Code, Section 2252(b)(2), it is further alleged that such visual depiction involved a prepubescent minor and a minor who had not attained twelve years of age.

## FORFEITURE ALLEGATIONS

1.      The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **ROBERT MURFEE SHOOK**, has an interest.

2.      Upon conviction of a violation of Title 18, United States Code, Section 2252, as alleged in this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a):

(a)      any visual depiction described in 18, United States Code, Sections 2251, 2251A,

2252, 2252A, 2252B, or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Chapter 110 of Title 18, United States Code;

(b)      any property, real or personal, constituting or traceable to gross profits or other proceeds which the defendant obtained from such violation; and

(c)      any property, real or personal, used or intended to be used to commit or to promote the commission of such offense.

3.      The property subject to forfeiture as a result of the alleged offenses includes, but is not limited to, one (1) ASUS laptop computer, serial number J7NRCX05R343302, one (1) iPhone, serial number F17Z8DADN6XV.

All pursuant to the provisions of Title 18, United States Code, Section 2253 and the procedures of Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Section 2253(b).

A TRUE BILL

FOREPERSON

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

STEPHEN J. DEMANOVICH
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

CASE NO._____

v.

**ROBERT MURFEE SHOOK**

## CERTIFICATE OF TRIAL ATTORNEY*

_____/
Defendant

**Superseding Case Information:**

**Court Division**: (Select One)

| | | | | |
|---|---|---|---|---|
| __ | Miami | ✓ | Key West | |
| __ | FTL | __ | WPB | __ FTP |

New defendant(s)            Yes ____ No ____
Number of new defendants     ____
Total number of counts       ____

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:      (Yes or No)      No ____
   List language and/or dialect      _____

4. This case will take __5__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)

| | | | | (Check only one) | |
|---|---|---|---|---|---|
| I | 0 to 5 days | ✓ | | Petty | _____ |
| II | 6 to 10 days | | | Minor | _____ |
| III | 11 to 20 days | | | Misdem. | _____ |
| IV | 21 to 60 days | | | Felony | ✓ |
| V | 61 days and over | | | | |

6. Has this case previously been filed in this District Court?      (Yes or No)   No ____
   If yes: Judge _____                  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?      (Yes or No)   Yes ____
   If yes: Magistrate Case No.      20-5044-HUNT _____
   Related miscellaneous numbers:      _____
   Defendant(s) in federal custody as of      _____
   Defendant(s) in state custody as of      _____
   Rule 20 from the District of      _____

   Is this a potential death penalty case? (Yes or No)      No ____

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?      Yes ____   No ✓

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?      Yes ____   No ✓

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?      Yes ____   No ✓

*Stephen J. Demanovich*
STEPHEN J. DEMANOVICH
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 61120

*Penalty Sheet(s) attached

REV 6/5/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**PENALTY SHEET**

**Defendant's Name:**   **ROBERT MURFEE SHOOK**

**Case No:** _____

Count #: 1

Receipt of Visual Depiction of Minors Engaged in Sexually Explicit Conduct

Title 18, United States Code, Section 2252(a)(2) & (b)(1)

*Max. Penalty: Twenty (20) Years' Imprisonment

Count #: 2

Possession of Child Pornography

Title 18, United States Code, Section 2252(a)(4)(B) & (b)(2)

**\*Max. Penalty:** Twenty (20) Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**